IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 96-CR-22 (DF) |
| **RAMON ORTIZ**, | VIOLATION(S): Drug Related |
| Defendant | |

# ORDER OF REVOCATION AND DETENTION

Defendant, **RAMON ORTIZ**, represented by legal counsel Ms. Althea L. Buafo of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on the motion of the United States seeking a revocation of this court's order of June 22, 1999, setting conditions for his pretrial release. The United States was represented by Assistant U. S. Attorney George Christian. Based upon the evidence proffered and legal argument made, the court finds:

### LEGAL FINDINGS

(1) defendant ORTIZ absconded from supervision in December of 2000, and his whereabouts has been unknown until he was arrested in the Southern District of Texas on March 22, 2006, on a bench warrant issued by the Honorable Duross Fitzpatrick on January 23, 2001.

(2) based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release which will assure that defendant ORTIZ will not flee this jurisdiction if he is released from custody.

**FINDINGS OF FACT**

Defendant ORTIZ absconded from pretrial supervision in December of 2000; his whereabouts has been unknown until his arrest on March 24, 2006, in Houston, Texas. The defendant did not contest detention.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 22, 1999 as amended, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 3rd day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE